FACTORS & NOTE BUYERS, INC. v. TOWNSHIP OF MOUNT
OLIVE PLANNING BOARD.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND YACKWACK.

November 7, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROLAND YACKWACK.

November 7, 1984.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. BRIAN STEIGLER.

November 7, 1984.

Petition for certification denied.